

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| (1) WPX Energy, Inc. | ) | |
| *Plaintiff* | ) | Civil Action No.  16-cv-610-GKF-TLW |
| v. | ) | |
| (1) Wild West Domains, LLC and (2) John Doe I | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Wild West Domains, LLC
14455 North Hayden Road, Suite 226
Scottsdale, AZ 85260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Andre' B. Caldwell
    Sanford C. Coats
    Crowe & Dunlevy
    324 N. Robinson Ave., Suite 100
    Oklahoma City, OK 73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Mark C. McCartt

Date: SEP 2 6 2016

*Signature of Clerk or Deputy Clerk*

*Mailed to Counsel*